King Appeal.

Argued September 14, 1964. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Justin K. McCarthy*, with him *Daniel L. McCarthy*, for appellants.

*Alfred T. Williams, Jr.*, with him *H. P. McFadden*, and *McFadden, Riskin & Williams*, for Redevelopment Authority, appellee.

OPINION PER CURIAM, December 16, 1964:
This appeal from an order dismissing a rule to show cause why there should not be reargument on exception to, and an appeal from, the award of a Board of View is affirmed upon the opinion of CLIN-

ton Budd Palmer, P. J., written for the court en banc of the Court of Common Pleas of Northampton County, reported at 34 Pa. D. & C. 2d 371.